# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PRESTFIELD,<br><br>    Plaintiff,<br><br>    v.<br><br>GEORGE M. ZAKHARY,<br><br>    Defendant. | Case No. 1:20-cv-01551-NONE-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO OPT OUT OF EARLY SETTLEMENT CONFERENCE<br><br>(ECF No. 20) |

This matter has been referred for an early settlement conference.  (ECF No. 17).  On March 9, 2021, Defendant filed a request to opt out of the settlement conference, explaining that following an evaluation of the case and after conferring with Plaintiff in writing, Defendant determined that an early settlement conference would not be productive at this time.  (ECF No. 20).  The Court will accordingly grant Defendant's request to opt out of an early settlement conference.[1]  A settlement conference may be scheduled at a later date, if appropriate.

It is ORDERED that Defendant's request to opt out of an early settlement conference (ECF No. 20) is GRANTED.

IT IS SO ORDERED.

   Dated:  **March 10, 2021**             /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to the order regarding early settlement conference (ECF No. 17), Defendant did not need to file a request to opt out of the early settlement conference.  Instead, Defendant should have filed a notice that Defendant opts out of an early settlement conference.